UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERIS BANK,<br><br>    Plaintiff,<br><br>v.<br><br>RGI IRRIGATION AND LANDSCAPES, INC., et al.,<br><br>    Defendants. | No. 8:24-cv-01334-JAK (KESx)<br><br>**JUDGMENT**<br><br>**JS6: CASE TERMINATED** |

    Based on a review of the Stipulation re Vacating Dismissal and Entry of Stipulated Judgment (the "Stipulation to Vacate Dismissal and Enter Judgment") (Dkt. 14)), sufficient good cause has been shown for the requested relief. Therefore, the Stipulation is **APPROVED** and this Judgment is issued.

1

Pursuant to Plaintiff Ameris Bank, a Georgia state-chartered banking corporation, doing business as Balboa Capital's ("Balboa") Motion for Default Judgment ("Default Motion"), and pursuant to Federal Rules of Civil Procedure Rule 55(b)(2), and good cause appearing, therefore,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:

1. Judgment be entered in this matter, in favor of Balboa, and against Defendants RGI Irrigation and Landscapes, Inc. ("RGI") and Aaron Norman ("Norman") (collectively, with RGI, "Defendants"), jointly and severally, in the total amount of **$208,008.72**; which is a sum of the following:

   a. Compensatory damages in the amount owed of $197,000.00, on the Settlement Agreement (the "Settlement");

   b. Attorneys' fees in the amount of $4,382.02 on the Settlement;

   c. Prejudgment interest in the amount of $5,936.70, at the statutory rate of ten percent (10%) per annum, from August 28, 2024 (the date of breach), to December 15, 2024 (the date prior to entry of Judgment), on the Settlement; and

   d. Costs in the amount of $690.00.

2. The Clerk is ordered to enter this Judgment forthwith.

**IT IS SO ORDERED.**

Dated:  December 16, 2024

_____

John A. Kronstadt

United States District Judge